# NOs. 12-23-00129-CR
## 12-23-00130-CR
## 12-23-00131-CR
## 12-23-00132-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL EDWARD LOUT,* *APPELLANT* | § | *APPEAL FROM THE 475TH* |
| | § | *DISTRICT COURT* |
| *V.* | | |
| | § | *SMITH COUNTY, TEXAS* |
| *THE STATE OF TEXAS,* *APPELLEE* | | |

*MEMORANDUM OPINION*
*PER CURIAM*

Pursuant to plea bargain agreements, Michael Edward Lout pleaded "guilty" to four counts of aggravated robbery. In accordance with the agreed punishment recommendation, the trial court sentenced Appellant to twenty-six years in prison in each case, to run concurrently. Appellant appealed.

The clerk's record has been filed and the trial court's certification in each case states that this is a plea bargain case, and the defendant has no right of appeal. The certifications are signed by Appellant and his counsel. *See* TEX. R. APP. P. 25.2(d). Appellant also signed a waiver of appeal in each case.

When the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal. *Id*. This Court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id*. Based on our review of the record, the trial court's certifications appear to accurately state that these are plea bargain cases and Appellant has no right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding that court of appeals should review record to determine whether

trial court's certification is accurate). Because the trial court did not grant Appellant the right to appeal, we ***dismiss*** the appeals.

Opinion delivered June 30, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 30, 2023

NO. 12-23-00129-CR

**MICHAEL EDWARD LOUT,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 475th District Court

of Smith County, Texas (Tr.Ct.No. 475-0143-23)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 30, 2023

NO. 12-23-00130-CR

**MICHAEL EDWARD LOUT,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 475th District Court

of Smith County, Texas (Tr.Ct.No. 475-0144-23)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 30, 2023**

**NO. 12-23-00131-CR**

**MICHAEL EDWARD LOUT,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 475th District Court

of Smith County, Texas (Tr.Ct.No. 475-0145-23)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 30, 2023**

**NO. 12-23-00132-CR**

**MICHAEL EDWARD LOUT,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 475th District Court

of Smith County, Texas (Tr.Ct.No. 475-0146-23)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*